# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | 2782 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 29 DB 2021 |
| v. | : | |
| | : | Attorney Registration No. 83537 |
| ANGELA E.M. MONTGOMERY-BUDD, | : | |
| Respondent | : | (Chester County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 9th day of April, 2021, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Angela E.M. Montgomery-Budd is suspended from the Bar of this Commonwealth for a period one year. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).